## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **BRITTNI POPE** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION** |
| | ) | |
| v. | ) | **FILE NO. 1:12-CV-4408-TCB** |
| | ) | |
| **ORION RESTORATION, LLC,** | ) | |
| **ORION RESTORATION** | ) | |
| **SOLUTIONS, LLC,** | ) | |
| **ORION RESTORATION -** | ) | |
| **STORM DIVISION LLC,** | ) | |
| **AND JASON HUNTER CASH** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

## STIPULATION TO DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1) and N.D.G.A. L.R. 41.1, Plaintiff Brittni Pope and Defendants Orion Restoration, LLC, Orion Restoration – Storm Division, LLC and Jason Hunter Cash stipulate to the dismissal with prejudice of the remaining claims with each party to bear its own attorney's fees and costs.

Respectfully submitted this 16th day of July, 2013.

STIPULATED TO BY:

| | |
|---|---|
| s/ Elizabeth Ann Morgan | s/Maren R. Cave |
| Elizabeth Ann Morgan | Maren R. Cave |
| Georgia Bar No. 522206 | Georgia Bar No. 278448 |
| THE MORGAN LAW FIRM P.C. | D. Lee Clayton |
| 260 Peachtree Street | Georgia Bar No. 601004 |
| Suite 1601 | SWIFT, CURRIE, McGHEE & HIERS,LLP |
| Atlanta, Georgia 30303 | Suite 300, The Peachtree |
| TEL:  404-496-5430 | 1355 Peachtree Street, N.E. |
| morgan@morganlawpc.com | Atlanta, Georgia 30309 |
| *Counsel for Plaintiff* | TEL:  404-874-8800 |
| | maren.cave@swiftcurrie.com |
| | lee.clayton@swiftcurrie.com |
| | *Counsel for Defendants* |
| | *Orion Restoration, LLC, Orion Restoration - Storm Division, LLC and Jason Hunter Cash* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **BRITTNI POPE** ) | |
| ) | |
| **Plaintiff,** ) | **CIVIL ACTION** |
| ) | |
| v. ) | **FILE NO. 1:12-CV-4408-TCB** |
| ) | |
| **ORION RESTORATION, LLC,** ) | |
| **ORION RESTORATION** ) | |
| **SOLUTIONS, LLC,** ) | |
| **ORION RESTORATION -** ) | |
| **STORM DIVISION LLC,** ) | |
| **AND JASON HUNTER CASH** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2013, I electronically filed the foregoing **STIPULATION TO DISMISSAL OF DEFENDANT ORION RESTORATION SOLUTIONS, LLC** with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Maren R. Cave
D. Lee Clayton
Swift, Currie, McGhee & Hiers, LLP
Suite 300, The Peachtree
1355 Peachtree Street, NE
Atlanta, Georgia 30309
Telephone: (404) 874-8800

        Respectfully submitted,

        s/Elizabeth Ann Morgan
        Elizabeth Ann Morgan
        Georgia Bar No. 522206
        THE MORGAN LAW FIRM P.C.
        260 Peachtree Street
        Suite 1601
        Atlanta, Georgia 30303
        TEL:  404-496-5430
        morgan@morganlawpc.com
        *Counsel for the Plaintiff*